IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| HAROLD ROBINSON,<br><br>                Plaintiff,<br><br>v.<br><br>PROVO CITY, a municipal corporation, RUSSELL BILLINGS, DEVON JENSEN, LUIFAU UIPI, and DON WEIDINGER,<br><br>                Defendants. | MEMORANDUM DECISION AND ORDER DENYING DEFENDANTS' MOTION FOR A MORE DEFINITE STATEMENT<br><br><br>Case No. 2:15-CV-311 TS<br><br>District Judge Ted Stewart |

       This matter is before the Court on Defendants' Motion for a More Definite Statement. For the reasons discussed below, the Court will deny the Motion.

       Federal Rule of Civil Procedure 12(e) provides that "[a] party may move for a more definite statement of a pleading to which a responsive pleading is allowed but which is so vague or ambiguous that the party cannot reasonably prepare a response."  Defendants request the Court order Plaintiff to provide a more definite statement.  Defendants argue that the Complaint Plaintiff served on them is missing a number of paragraphs and, without those paragraphs, Defendants are unable to reasonably prepare a response.

       Having reviewed the docket, the Court will deny Defendants' request.  While Plaintiff may have failed to serve a complete copy of his Complaint on Defendants, the Complaint on file with the Court contains the missing paragraphs that Defendants seek.  Thus, there is no need for a more definite statement.  Defendants can consult the Complaint on the docket to prepare their response.

It is therefore

ORDERED that Defendants' Motion for a More Definite Statement (Docket No. 12) is DENIED.  Pursuant to Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' responsive pleading must be served within fourteen (14) days of this Order.

DATED this 22nd day of October, 2015.

BY THE COURT:

_____
Ted Stewart
United States District Judge